UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )
                                    )
v.                                  )          No.: 3:19-CR-23-TAV-HBG
                                    )
JOSHUA A. BAIRD,                    )
                                    )
                Defendant.          )

## **ORDER**

Before the Court is defendant's motion to continue his sentencing hearing and the deadline for objections to the presentence report [Doc. 21]. Objections to the presentence report were due on July 16, 2019, and sentencing is set for August 7, 2019. In support of his motion, defendant states that defense counsel has identified an issue with the presentence report that necessitates an objection, and further that counsel needs additional time to prepare for sentencing. Defendant advises that the government does not object to a continuance.

The sentencing hearing in this case is reset for **Wednesday, September 11, 2019, at 11:00 a.m.** The parties are referred to Local Rule 83.9(j) for the relevant deadlines associated with the filing of sentencing memoranda and/or motions, which shall be calculated from the new sentencing date.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE